Reset Form | Print Form

**DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS**
**District of Columbia Government**
Corporations Division

Form SP-1. Version 2, December 2010.
Service of Process Action Form

| | |
|---|---|
| **Entity Name:** | NATURAL PRODUCTS ASSOCIATION |
| **Entity Address:** | 1773 T STREET NW WASHINGTON DC 20009 |
| **Date of Service:** | 2014-07-18 17:46:46 |
| **Type of Service:** | ☐ Demand   ☐ Trial   ☐ Legal Notice   ☐ Subpoena |
| | ☐ Other  SUMMONS AND COMPLAINT |
| **Subject:** | CASE NO 14-0002830<br>Plaintiff: TYRONNE WILSON |

Dear Customer,

Service was made upon the Superintendent of Corporations of Department of Consumer and Regulatory Affairs, for the District of Columbia on the following date 7/18/14 and this copy is forwarded to you by certified mail in accordance with the Code of Laws for the District of Columbia.

If you have any questions, please contact the Court or Attorney for the Plaintiff.

Sincerely,

Patricia E. Grays

*Patricia E. Grays*
Superintendent of Corporations

www.dcra.dc.gov (click on Licensing/Registration and Corporate Registration)
1100 4th Street, S.W., Washington, D.C. 20024; Phone: 202-442-4400 (option 5)



EXHIBIT
2



**DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS**
# District of Columbia Government
## Corporations Division

### Service of Process Action Form
### Form GN-6, Version 2, March 2012

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or his representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12

| ENTITY TYPE | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity | Refer to Corporate Fee Schedule posted online. |

**Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.**

1. Plaintiff's Name.
Tyrone Wilson

2. Plaintiff's Address.
6607 Oak Drive, Alexandria, VA 22306

3. Defending Domestic or Foreign Filing Entity's Name. (give file# if known)
Natural Products Association

4. Defending Domestic or Foreign Filing Entity's Address.
1773 T Street, N.W. Washington, DC 20009

5. One of the following conditions applies. (must select one)

[ ] Represented entity failed to appoint or maintain a registered agent in the District; or

[✓] A represented entity's registered agent in the District cannot with reasonable diligence be found.

6. Duplicate copies of the process, notice, or demand are submitted along with this form.

If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

7. Name of the Plaintiff or Authorized Person.
Donald M. Temple

7A. Signature of the Plaintiff or Authorized Person.
*[signature]*

**Mail all forms and required payment to:**
Department of Consumer and Regulatory Affairs
Corporations Division
PO Box 92300
Washington, DC 20090
Phone: (202) 442-4400

**Corporate Online Services Information:**
Many corporate filings are available by using CorpOnline Service. Go to CorpOnline site at https://corp.dcra.dc.gov, create a profile, access the online services main page and proceed. Online filers must pay by using a credit card.

Please check dcra.dc.gov to view organizations required to register, to search business names, to get step-by-step guidelines to register an organization, to search registered organizations, and to download forms and documents. Just click on "Corporate Registration."

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL DIVISION

| | |
|---|---|
| Tyrone Wilson | )<br>)<br>) |
| Plaintiff | )<br>)  Case No.: 2014 CA 002830 B<br>) |
| v. | ) |
| Natural Products Association | )<br>)<br>)<br>) |
| Defendant | ) |

### AFFIDAVIT OF DUE DILIGENCE

I, Alprentice D. Davis, a Private Process Server, having been duly authorized to make service of the Initial Order and Addendum, Summons, Complaint for Damages, and Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Natural Products Association in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Natural Products Association c/o David Seckman with the above named process.

That on June 24, 2014 at 4:10 pm, I attempted to serve Natural Products Association c/o David Seckman at 1220 19th Street, NW, Suite 400, Washington, DC 20036. On this occasion, I did not find Mr. Seckman to be located at the address.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 17th day of July, 2014.

Notary Public

My Commission Expires:  NICOLE G. DAVIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2019

ID: 14-109188

Client Reference: Wilson