**TYRONE T. WILSON, Ph.D. – Resume**
**6607 OAK DRIVE, ALEXANDRIA, VIRGINIA 22306, (703) 598-2890, Email: < tywil@msn.com>**



## EDUCATION

Ph.D., Environmental Science and Public Policy (George Mason University, Fairfax Virginia)
M.S., Food Science (The Pennsylvania State University, State College, Pennsylvania)
B.S., Biology (Morgan State University, Baltimore, Maryland)

## AREA EXPERTISE/SKILLS SETS

**Area Expertise:** Biological, Food, Agricultural and Environmental Sciences; Biotechnology Regulatory Framework; Non-Profit Management; Manufacturing Processes (food, pharmaceuticals, plastics, bottled water, cement)
**Skill Sets:** Regulatory & Policy Analysis; Research/Development; Project Management; Coalition Building; Proposal Development; Strategic Planning; Interpersonal (leadership, teamwork, reliability, flexibility, initiative); Technical Writing and Communications; Issue Advocacy

## KEY ACCOMPLISHMENTS WITH CURRENT EMPLOYER PCA

- Secured PCA involvement with Waters Advocacy Coalition (2013-ongoing)
- Coordinated development of Energy and Environment Committee strategic plan (2013)
- Contributed to industry response regarding EPA rule making on Portland Cement NESHAP, CISWI and Non Hazardous Secondary Materials (2009-2013); Helped secure amicus brief sign-on for NESHAP case (2013)
- Managed biennial update of PCA Toxic Release Inventory Guidance Document (2006-present)
- Developed PCA Chemical Data Reporting Guidance Manual for TSCA compliance (2012)
- Successfully presented industry testimony at EPA public hearings on: Executive Order (EO) 13562 (2010) and Non-Hazardous Secondary Materials (2011)
- Collaborated on strategy toward successful industry comment/advocacy on EO 13563 Regulatory Reviews (2010)
- Served as liaison/project manager of PCA-DOE funded research, by Lawrence Berkley National Laboratories, on development of Life Cycle Analysis tool to assess environmental impact of concrete buildings (2008-2012)
- Helped form industry alliance addressing DHS chemical facility anti-terrorism standards (2010-2011)
- Successfully served as Project manager overseeing contractors conducting mercury CEM project (2008)
- Revised Fact Sheets on tire-derived fuel (2008)

## NOTABLE ACCOMPLISHMENTS DURING EMPLOYMENT PRIOR TO PCA

- Coordinated with FDA, DOC, DOS, EPA, USAID, USDA and USTR, colleagues on development of strategy leading to favorable U.S. outcome at Biosafety Protocol's 3rd Meeting of the Parties on decisions related to documentation requirements for genetically engineered agricultural products (2006)
- Co-edited/co-authored a 2005 publication and organized the 2004 companion workshop, both entitled "*Eco-Informatics for Decision Makers: Advancing a Research Agenda*" for use in advising NSF program funding
- Coordinated completion and distribution of new USGS Invasive Species Brochure (2003)
- Developed summaries on pollinator relationship to address USGS concerns over pollinator declines (2002)
- Co-edited U.S. Geological Survey proceedings book titled, Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (2001)
- Coordinated evaluation of media coverage on relationship between plastics and health (1998-1999)
- Secured Drinking Water Research Foundation 501-C3 tax exempt status per IRS specifications (1993-1994)
- Identified potential $20M in unintended industry-wide production costs which established basis for IBWA comment response to FDA's proposed rules on bottled water labeling and product testing (1991-1993)
- Developed bottled water HACCP plan; 50% reduction of chemical/ microbial hazards achieved (1992)
- Organized international symposium bringing together over 300 influential industry, regulatory, and health officials for discussions on microbial factors impacting drinking water (c. 1994 - c. 1995)
- Negotiated 3-year $900K contract for inspections of 250 domestic bottled water production facilities (c. 1994)
- Authored trade magazine articles and book chapters on range of food safety and regulatory issues (1992-2011)

## KEY OFFICIAL DELEGATIONS, PANELS, COMMITTEES AND INDUSTRY COALITIONS

- Served as 2013 Chairman of the Clean Air Forum (Coalition of 40+ trade associations tracking Clean Air Act legislation/regulation)
- Shared PCA staff representative responsibility on US Chamber of Commerce Committees (Environment and Agriculture; Council on Small Business; Government Operations, Oversight and Consumer Affairs; and International Policy) for 2013

TYRONE P. WILSON, Ph.D. – Resume                                                    Page 2 of 3
## KEY OFFICIAL DELEGATIONS, PANELS, COMMITTEES AND INDUSTRY COALITIONS
(Continuation)

- American Alliance for Innovation (2013 PCA representative in coalition of 100+ trade associations tracking and advocating for bipartisan TSCA reform)
- Shared PCA staff representative responsibility on US Chamber of Commerce Committees (Environment and Agriculture; Council on Small Business; Government Operations, Oversight and Consumer Affairs; and International Policy) for 2013
- American Alliance for Innovation (2013 PCA representative in coalition of 100+ trade associations tracking and advocating for bipartisan TSCA reform)
- National Association of Manufacturers (2013 PCA representative on various NAM committees/task forces)
- Resource Conservation Challenge, Scrap Tire Workgroup (2007-present)
- Panelist at 7th Annual International Conference on Digital Government Research (2006)
- U.S. Delegation Member to 3rd Meeting of the Parties to the Cartagena Protocol on Biosafety (2006)
- Marine Genetic Resources Interagency Working Group, U.S. Department of State (2005-2006)
- U.S. Interagency Working Group on Nanotechnologies (2005-2006)
- U.S. Interagency Working Group on ISO-Codex (2005-2006)
- Session Co-Chair, 5th Annual Meeting of National Council for Science and the Environment (2005)
- National Science Foundation Proposal Review Panel Member (2004)
- U.S. Delegation Member to 29th and 30th Sessions of Codex Committee on Food Hygiene (1996-1998)
- Centers for Disease Control (CDC) Working Group Member on Waterborne Cryptosporidiosis (1995-1998)
- Bottled Water Advisory Committee Member, State of Maryland (1992-1998)
- CDC Advisory Panel Member for *Cryptosporidium* and Water: A Public Health Handbook (1997)
- Association of Food and Drug Officials Laws and Regulations Committee Member, (1992-1997)
- U.S. Delegation Member to 5th Session of Codex Committee on Natural Mineral Waters (1996)

## WORK EXPERIENCE

**SENIOR DIRECTOR, GOVERNMENT AFFAIRS,** PORTLAND CEMENT ASSOCIATION, WASHINGTON, DC      2014-Present
Duties include providing technical expertise and strategy in support of regulatory and legislative advocacy, representing PCA in multi-industry coalitions, managing Energy and Environment (EE) committee and related budget, engaging membership in development of continuous improvement goals, strategic planning, overseeing EE awards program and serving as primary editor and coordinator of PCA's Government Affairs Bulletin.

**DIRECTOR, REGULATORY AFFAIRS,** PORTLAND CEMENT ASSOCIATION, WASHINGTON, DC                      2007-2013
Duties included contributing to regulatory analysis and comments on relevant rulemakings (e.g. CAA, CWA, TSCA, RCRA). Additional duties include maintaining open communication with members, summarizing key issues to PCA Committees, engaging with federal and state agencies and serving as liaison between government entities and PCA member companies.

**SENIOR SYSTEM ANALYST,** DIGITAL SUPPORT CORPORATION, CHANTILLY, VA                          2004 - 2006
Assigned as government contractor at the U.S. Geological Survey and U.S. Department of State in positions as:
- *Senior Biologist,* U.S. Geological Survey (2004-2005, 2006) – Duties included developing USGS bioinformatics partnerships with National Science Foundation, managing U.S. Unified Biotechnology Website with USDA-APHIS, FDA, and EPA to support global biosafety clearinghouse, and identifying program development areas between U.S. State Department and USGS/NBII.
- *Economic Officer,* Department of State (2005-2006) – Primary duties in Office of Agriculture, Biotechnology and Textiles Trade Policy included collaborating with federal agencies to ensure fair access to global marketplace for U.S. agricultural biotech products, providing analysis of scientific data and environmental treatise impacting global biotech trade, working with colleagues to develop budget estimates for outreach programs (geographic portfolio encompassed South/Central Asia, Eastern/Central Europe, Western Hemisphere; functional portfolio included Biosafety Protocol, North American Biosafety Initiative, and Codex/ISO). Contract ended 10/2006.

**BIOLOGIST/INVASIVE SPECIES PROGRAM ASSISTANT,** U.S. GEOLOGICAL SURVEY, Reston, VA        2001-2004
Biologist duties involved analysis and synthesis of science material in support of ecosystems, climate change and status and trends programs within Biology Division. Invasive Species Program Assistant responsibilities involved report preparation/analysis, outreach and scientific support for invasive species program and related activities of the Federal Interagency Committee for Management of Noxious and Exotic Weeds.

**INSTRUCTOR,** GEORGE MASON UNIVERSITY, DEPT. OF BIOLOGY, Fairfax, VA Campus                    2000-2002
Taught biology laboratory course involving subject matter on DNA isolation and fingerprinting, human genetics, cell chemistry, vertebrate anatomy, and human and plant physiology and advised students on special projects.

**WORK EXPERIENCE** (Continuation)

**CONTRACTOR – ECOLOGICAL MONITORING, TECHNICAL WRITING**, ALEXANDRIA, VA                1999-2001
Contracted with law firm to conduct monitoring of bald eagle activities at Maryland area nesting site and prepared client reports chronicling nesting habits, territorial establishment, and copulatory behavior; contracted with Water Environment Research Foundation to prepare reports based on detection methods workshops.

**ASSOC. DIRECTOR, TECHNICAL COMMUNICATIONS**, AMERICAN PLASTICS COUNCIL, Washington, DC     1998-1999
Provided communications counsel to non-durable plastics business unit, developed communication tools highlighting technologies for waste prevention and plastics life-cycle analysis, distilled FDA studies on BPA formation from polycarbonate, assembled information on emerging resource conservation technologies, managed budget and evaluated media coverage of health and environmental issues related to plastics.

**DIRECTOR, TECHNICAL AFFAIRS**, INTERNATIONAL BOTTLED WATER ASSOCIATION, Alexandria, VA        1989-1998
Principal industry liaison to FDA on related regulatory matters, directed inspection programs and related budgets, interpreted industry compliance requirements, assisted Board of Directors on strategic plan development, coordinated committee projects, networked in support of industry policies, defined research initiatives of Drinking Water Research Foundation, authored articles for industry publications, conducted GMP training, developed technical education membership programs, shared spokesperson duties on environmental and regulatory issues, and served as liaison to federal and state agencies.

**PROJECT DIRECTOR**, DRINKING WATER RESEARCH FOUNDATION (affiliated with IBWA), Alexandria, VA  1992-1998
Responsibilities in this subsidiary position, apart from regular IBWA duties, included defining research initiatives, setting project priorities, directing dissemination of research products, coordinating outreach, identifying fundraising support, maintaining emergency response procedures, and ensuring 501 C-3 compliance.

**QUALITY ASSURANCE MANAGER**, THE KROGER COMPANY, Tara Foods, Albany, GA                       1987-1989
Managed staff and budget, coordinated product development, served as technical liaison to corporate marketing, directed QA programs for bakery emulsion, colors/extracts, flavorings, and peanut/peanut butter product line.

**GENERAL FOREMAN**, THE KROGER COMPANY, Pontiac Foods, Columbia, SC                             1985-1987
Supervised production operations (coffee, spice), managed departmental budgets and maintained quarterly objectives in addition to supervising 40 operators, technicians and production line employees.

**FOREMAN**, MEAD JOHNSON, (BRISTOL-MYERS subsidiary), Evansville, IN                            1982-1985
Supervised liquid nutritional formula processing and pharmaceutical packaging, directed raw milk receiving and sanitation operations and ensured FDA compliance for nutritional and pharmaceutical production operations.

**PROFFESIONAL REGISTRATIONS**
Registered Lobbyist, Portland Cement Association (2007 – present)

**NON-PROFIT BOARDS, ADVISORY COUNCILS**
Board President, Ecosystem Solutions, Inc. (2010-2012); Board Member, Ecosystem Solutions, Inc. (2007-2012); Member, State of Maryland Bottled Water Advisory Committee (1992-c.1998)

**HONORS/AWARDS**
U.S. Department of Interior STAR Award (2002); Awarded George Mason University Doctoral Fellowship (2001-2002); U.S. Geological Survey GEM Award for Outstanding Work in Support of Invasive Species and Fire Science Projects (2003); U.S. Department of Education Graduate Fellowship for Graduate Study in Agriculture (The Pennsylvania State Universtty1980-1982)

**ACADEMIC: DISSERTATIONS/THESIS**
• Successfully defended Ph.D. dissertation on study of biotechnology regulatory framework and environmental discourse for *Bt* Corn, in U.S., Mexico and Germany (George Mason University, College of Arts and Sciences, Department of Environmental Science and Public Policy, 2004)
• Successfully defended Master's Degree thesis evaluating the efficacy of cosmetic preservatives as potential replacements for potassium dichromate in raw milk samples (The Pennsylvania State University, College of Agriculture, Department of Food Science, 1983)

**OTHER: COMMUNITY VOLUNTEER ACTIVITY, CLEARANCES, ENDORESMENT**
Spring Bank Civic Association Board Member (Effective January 2014); Consumer Affairs Committee Member-Mount Vernon Council of Civic Associations (2013); Health and Human Services Committee Member-Mount Vernon Council of Civic Associations (2008-present); Held U.S. Department of State Security Clearance (2005-2007); Recommendation from Rep. Jim Moran (D-VA) for National Drinking Water Advisory Council (1993-1994)